IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEIL SHROPSHIRE, | No.  2:20-CV-0192-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO CO. SHERIFF OFFICE, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motion for an extension of time, ECF No. 9, and motion for leave to amend, ECF No. 14.

        Plaintiff seeks both leave to amend and an extension of time to file a first amended complaint.  The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  Because the pleading Plaintiff seeks to amend is one to which a response is required, and because no response to the pleading has been served, leave of Court is not required.  Similarly, no extension

of time is required.  This action shall proceed on the first amended complaint filed with Plaintiff's motion for leave to amend on August 12, 2020.  See ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend, ECF No. 14, is denied as unnecessary;

2. Plaintiff's motion for an extension of time, ECF No. 9, to file an amended complaint is denied as unnecessary; and

3. This action proceeds on Plaintiff's first amended complaint filed on August 12, 2020.

Dated:  October 30, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE