**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN NEIL SHROPSHIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO CO. SHERIFF OFFICE, et al.,<br><br>    Defendants. | No. 2:20-CV-0192-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's requests and motion for issuance of subpoena forms, see ECF Nos. 8, 10, and 16.

        In these filings, Plaintiff seeks issuance of subpoena forms to allow him to obtain copies of his own medical records. Plaintiff's requests will be construed as motions and, so construed, Plaintiff's motions for issuance of subpoenas will be denied as unnecessary because Plaintiff can obtain a copy of his own medical record upon signing a release without the need for Court process.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests, ECF Nos. 8 and 16, are construed as motions; and

2. So construed, Plaintiff's motions, ECF Nos. 8, 10, and 16, are denied as unnecessary.

Dated:  October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE